UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBIN GUERTIN,

  Plaintiff,

v.                                                                                Case No.     22-C-899

ONETOUCHPOINT MIDWEST CORP.,

  Defendant.

---

## ORDER

---

      Several plaintiffs have recently filed actions against the same defendant in this district. Pursuant to Civil L.R. 3(c)(4)(A), I conclude it is likely that this action is related to the lowest-numbered similar action, Case No. 22-C-882-BHL. Therefore, pursuant to that rule, I will **refer** this action to District Judge Ludwig for a determination as to whether the case should be reassigned to him.

      **SO ORDERED** this 19th of August, 2022.

 

                                                                       STEPHEN C. DRIES
                                                                       United States Magistrate Judge